J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America,
Recontrust, Kenneth Lewis and MERS*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY ASPIRAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH LEWIS; BANK OF AMERICA; RECONTRUST; MERS; MERIDIAS CAPITAL, INC.; et al.,<br><br>    Defendants. | Case: 2:09-cv-02416-GMN-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court signed a Stipulation and Order for Dismissal without Prejudice February 10, 2011. Defendants Bank of America, Recontrust, Kenneth Lewis and MERS ("Defendants") further request that the lis pendens, currently recorded against the subject property by Shirley Aspiras ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about February 1, 2010, in Book No. 20100201 as Instrument No. 000733 in the real property records maintained by the Clark County Recorder.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

DATED this 14th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

LEWIS AND ROCA LLP


By:/s/ J. Christopher Jorgensen
    J. CHRISTOPHER JORGENSEN, ESQ.
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

Attorneys for Defendants

3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-2-

444762